UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
JAMERE COSTIN,                      :
                                    :   No. 21-cv-19198 (NLH)(AMD)
            Plaintiff,              :
                                    :
      v.                            :   MEMORANDUM OPINION
                                    :
                                    :
CUMBERLAND COUNTY JAIL,             :
et al.,                             :
                                    :
            Defendants.             :
_____ :

IT APPEARING THAT:

1.  Plaintiff Jamere Costin filed an amended complaint under 42 U.S.C. § 1983.  ECF No. 4.

2.  On January 10, 2022, mail sent to Plaintiff at his address of record was returned as undeliverable.  ECF No. 8.

3.  Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

4.  The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this

1

matter by submitting his updated address.

    5.  An appropriate order follows.


Dated: January 19, 2022                    s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.